Deceased, and L. Schepp Company, Appellants.— Order modified by granting motion so far as to vacate notice as to item 4 (a), and as to examination of Florence L. Schepp, with leave to renew if plaintiffs are unable to obtain the information from the witness Harry Belgard, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Theodore Bumillar, Appellant, v. Sam Harris, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Harris Sherman, Respondent, v. Georgia Sherman, Appellant.— Order os far as appealed from modified by striking out the paragraph of the order numbered " 1," and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Irmon Realty Co., Inc., Respondent, v. Maurice Lefkort and Lefkort Realty Corporation, Appellants, Impleaded with Others.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and defendants' motion granted, with ten dollars costs, on the ground that there is no allegation in the complaint that the mortgage was actually worth less than it was represented, and, therefore, no cause of action is stated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Mary Ryther, Respondent, Appellant, v. Harry R. Brevoort, Appellant, Respondent.— Order so far as appealed from by the defendant reversed, with ten dollars costs and disbursements to the defendant, and defendant's motion to vacate notice of examination granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Mary Ryther, Respondent, Appellant, v. Harry R. Brevoort, Appellant, Respondent.— Order so far as appealed from by the defendant reversed, with ten dollars costs and disbursements to the defendant, and defendant's motion to vacate notice of examination granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Joseph F. X. Devane, Respondent, v. Calacoustic Corporation, Appelant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Margaret Hinrichs, Respondent, v. George F. Hinrichs, Inc., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Harvine Holding Corporation, Respondent, v. Antonio Filippi, Appellant. Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Manhattan Egg Co.; Inc., Respondent, v. Seaboard Terminal and Refrigeration Company and Dennis P. Kennedy, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Beatrice B. Hahn, Appellant, v. J. Frederic Hahn, Respondent.— Order